Date: 11/25/09          DIVIDENDS REMITTED TO THE COURT          # 14951          Page:

Case Number 08-17979 - DUCA, ANN KATHRENE

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| **Alltel Communications** <br> #1 Allied Dr., B4F03-NG <br> Little Rock, AR 72202 <br>    (6-1) PHONE BILL <br>    ACCOUNT NO. 2683 | 000006 | 47.98 | 1.41 | # 107 |
| **Dominion East Ohio** <br> 701 E Cary St <br> Richmond Va 23219 <br>    (9-1) gas bill <br>    ACCOUNT NO. 6432 | 000009 | 152.08 | 4.46 | #110 |
| ---------- Remittance Total -------------- | | 200.06 | 5.87 | |

_____
MARVIN A. SICHERMAN, Trustee